IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| | ) Criminal No.: 07-57 |
| Robert Johnson | ) |
| | ) Judge Gary L. Lancaster |

## ~~⁓⁓⁓⁓⁓⁓⁓⁓~~ ORDER OF COURT

AND NOW, to-wit, this  2nd  day of  July , 2007, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED that Defense Counsel be permitted to bring Electronic Equipment and audio tapes into the Allegheny County Jail to be reviewed by the Defendant.

_____, J.
U.S. District Judge

cc: Counsel of Record