IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-57 |
| | ) |
| ROBERT JOHNSON, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 18th day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 21, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, August 15, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Troy Rivetti,
    Assistant United States Attorney

　　　William Schmalzried, Esq.
    619 One Bigelow Square
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation