```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,    )
                             )
     vs.                     )   Criminal No. 07-57
                             )
ROBERT JOHNSON,              )
     Defendant.              )

ORDER

AND NOW, this 13th day of August, 2008, upon consideration of defendant's Motion for a Limited Pre-Plea Pre-Sentence Investigation Report [document #63], IT IS HEREBY ORDERED that the motion is GRANTED and that by October 13, 2008, the United States Probation Office is directed to prepare and forward to respective counsel, a copy of a pre-sentence report, limited to a determination of the appropriate criminal history category for the above-named defendant in the instant case.

IT IS FURTHER ORDERED that defendant's Motion to Continue the Change of Plea Hearing Date [document #62] is GRANTED and the hearing on defendant's change of plea will now be held before the undersigned on Friday, October 31, 2008 at 2 p.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order until October 31, 2008 shall be deemed excludable delay under the Speedy Trail Act as the Court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

s/Gary L. Lancaster ,J.
The Honorable Gary L. Lancaster,
United States District Judge


cc: Troy Rivetti,
Assistant United States Attorney

William Schmalzried, Esquire
Suite 619, Corporate Center
One Bigelow Square
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation