IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
        v.                   ) Criminal No. 07-57
                             )
ROBERT JOHNSON,              )
        Defendant.           )
```

<u>ORDER</u>

AND NOW, this 13th day of October, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 21, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, October 23, 2009 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

<u>s/Gary L. Lancaster</u>          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Amy L. Fitzpatrick,
      Assistant United States Attorney

      Warner Mariani, Esq.
      428 Forbes Avenue
      Suite 220
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation